UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STONE & WEBSTER ASIA, INC. | § | CIVIL ACTION NO. 08-613 |
| | § | |
| VERSUS | § | MAG. JUDGE RIEDLINGER |
| | § | |
| TAIWAN POWER COMPANY | § | JUDGE BRADY |

## FINAL JUDGMENT

Before the Court for oral argument on June 24 were motions filed by Taiwan Power Company to dismiss plaintiff's complaint based upon:

1. Lack of subject matter jurisdiction pursuant to FRCP Rule 12(b)(1);

2. Lack of personal jurisdiction, FRCP Rule 12(b)(2);

3. Improper venue, FRCP Rule 12(b)(3); and

4. *Forum Non Conveniens.*

Present in court were Michael D. Hunt and Shelly L. Ewald, counsel for Stone & Webster Asia, Inc. and Harry J. Philips, Jr., Christopher Kratovil, Casey Kaplan and Stephen Dacus, counsel for Taiwan Power Company.

The Court, considering the pleadings and memoranda and oral argument by counsel for the parties and further considering the facts and the applicable law,

IT IS ORDERED, ADJUDGED AND DECREED that the Motion for Dismissal based upon *forum non conveniens* be and it is hereby granted for reasons orally assigned and which may be supplemented in the future by the Court.

501589.1

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff's Motions to Dismiss based upon Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(3) are moot in light of the Court's ruling.

JUDGMENT SIGNED this _14th_ day of July, 2009 at Baton Rouge, Louisiana.

_____
HONORABLE JAMES BRADY
UNITED STATES DISTRICT JUDGE

501589.1